# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARY JOHNSON,**

        **Plaintiff,**

        **-vs-**

**WELLS FARGO BANK, N.A.,**

        **Defendant.**

Case No. 06-C-297

## ORDER FOR STAY

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that (a) plaintiff's recently-filed motion for class certification is deemed withdrawn for the present, without prejudice, and briefing on class certification shall be stayed until both sides have had time to complete sufficient discovery; and (b) briefing on any motion for summary judgment shall be stayed until both sides have had time to complete sufficient discovery.

Dated at Milwaukee, Wisconsin, this 27th day of July, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**